K. RANDOLPH MOORE, Esq. SBN 106933
TANYA MOORE, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584
Attorneys for Defendant, N and D Restaurants, Inc. dba Red Lobster #0579

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>N AND D RESTAURANTS, INC., dba RED LOBSTER #0579,<br><br>    Defendant. | CASE NO.    1:10-cv-00731 -LJO-GSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; ORDER THEREON** |

    IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen and Defendant N and D Restaurants, Inc., dba Red Lobster #0579 that this Court enter a Dismissal With Prejudice of Plaintiff's Complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

[signatures to follow]

| | | |
|---|---|---|
| Date:   February 9, 2011 | | MOORE LAW FIRM, P.C.<br>K. RANDOLPH MOORE<br>TANYA MOORE, |
| | | By: /s/ Tanya E. Moore<br>TANYA MOORE, ESQ.<br>Attorneys for Plaintiff, THERESA WALLEN |
| Date:  February 9, 2011 | | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | | By: /s/ Martin H. Orlick<br>MARTIN H. ORLICK, ESQ.<br>Attorney for Defendant, N AND D RESTAURANTS, INC., dba RED LOBSTER #0579 |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that defendant, N AND D Restaurants, Inc., dba Red Lobster #0579 be dismissed with prejudice from this action.  The Clerk of the Court is directed to close this action in its entirety.

DATED: _February 9, 2011____          /s/ Lawrence J. O'Neill_____
                                       JUDGE OF THE UNITED STATES DISTRICT
                                       COURT

- 2 -   STIPULATION RE DISMISSAL

1084021v1